**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Mandi Elizabeth Potter, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Cash 4 Keys, LLC, and Derrick Towns, Jr.,<br><br>    Defendants. | CASE NO. 4:23-cv-01402-SPM<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Mandi Elizabeth Potter ("Plaintiff"), hereby dismisses this action with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. Plaintiff respectfully requests that this case be terminated and closed.

Date: May 9, 2024

**So Ordered
May 10, 2024**

/s/ *Alex D. Kruzyk*
Alex D. Kruzyk
E.D. Mo. Bar No. 24117430(TX)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com

*Counsel for Plaintiff and the proposed classes*

1